we will not exercise our supervisory juris-diction. Borah v. Dussel, 153 La. 54, 95 So. 399 (1923); Cloud v. Bushnell, 168 So.2d 274 (La.App.3d cir. 1964), and the opinions of this Court collected therein.

■

242 So.2d 890

STATE of Louisiana ex rel. Willie Burton BISHOP

v.

C. Murray HENDERSON, Warden, Louisi-ana State Penitentiary et al.

No. 51123.

Jan. 27, 1971.

242 So.2d 890

STATE of Louisiana

v.

Linroy DAVIS.

No. 51118.

Jan. 27, 1971.

Record shows applicant not entitled to relief prayed for. See Barksdale v. Dees, 252 La. 434, 211 So.2d 318.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction. The grand jury report re-ferred to is not relevant to any of the bills of exceptions. Nor is it a part of the "pleadings and proceedings" for re-view under Subpar. 2 of Art. 920, LSA–C. Cr.P.

BARHAM, J. concurs. The minute en-try—a mandatory part of a writ application such as presented here—negates the allega-tions of relator. That minute entry was part of the petition below but omitted by relator here. We have been supplied with the minutes in the State's response. The application is without merit.